IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARROLL RIPLEY, JR. and | : | CIVIL ACTION |
| CAROLYN RIPLEY | : | |
| | : | |
| v. | : | |
| | : | |
| BRETHREN MUTUAL INSURANCE CO. | : | NO. 14-4763 |

ORDER

AND NOW, this 25th day of November, 2014, upon consideration of defendant Brethren Mutual Insurance Co.'s ("Brethren Mutual") motion for summary judgment (docket entry # 12) and plaintiffs Carroll Ripley, Jr. and Carolyn Ripley's (collectively, "the Ripleys") motion for partial summary judgment, and for the reasons articulated in the accompanying Memorandum, it is hereby ORDERED that:

1. Brethren Mutual's motion for summary judgment is DENIED;

2. The Ripleys' motion for partial summary judgment is GRANTED;

3. By noon on January 6, 2015, the parties shall COMPLETE discovery as to plaintiffs' bad faith claim;

4. By noon on January 9, 2015, the parties shall jointly ADVISE the Court by fax (215) 580-2156 whether a settlement conference would be productive; and

5. Further scheduling shall ABIDE the parties' joint submission.

BY THE COURT:


  /s/ Stewart Dalzell, J.
Stewart Dalzell, J.